UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/28/2022
```

JONATHAN A. OLES,

                Plaintiff,

      v.

FNP LISA SAUER, et al.,

                Defendants.

19 CV 8865 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

      On April 22, 2022, the Court issued an Opinion and Order granting Defendants' motions to dismiss and granting Plaintiff leave to file an amended complaint on or before May 30, 2022, noting that "[f]ailure to file an Amended Complaint within the time allowed, and without good cause to excuse such failure, will result in dismissal of Plaintiff's Complaint with prejudice." (ECF No. 61). On April 25, 2022, the Clerk of Court mailed the Court's Opinion and Order to Plaintiff at the address listed on ECF. Plaintiff has not filed an amended complaint or otherwise communicated with the Court.

      Therefore, the claims previously dismissed without prejudice are dismissed with prejudice. The Clerk of Court is directed to mail a copy of this order to *pro se* Plaintiff at the address on ECF, show service on the docket, and terminate this case.

Dated:   June 28, 2022
            White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge